| | | | |
|---|---|---|---|
| Com. v. Reihner | 1406 WDA 2015<br>Affirmed | 09/07/2016 | CP–63–CR–0002613–2012<br>(Washington) |
| Com. v. Rivera | 1586 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/07/2016 | CP–11–CR–0002310–2014<br>CP–11–CR–0002311–2014<br>(Cambria) |
| Com. v. Cowder | 1630 WDA 2015<br>Affirmed | 09/07/2016 | CP–17–CR–0000685–2008<br>(Clearfield) |
| Com. v. Brooks | 91 WDA 2016<br>Affirmed | 09/07/2016 | CP–26–CR–0000979–2015<br>(Fayette) |
| Com. v. Jones [5] | 308 WDA 2016<br>Affirmed | 09/07/2016 | CP–02–CR–0013289–1998<br>(Allegheny) |
| Com. v. Stephanic | 327 WDA 2016<br>Affirmed | 09/07/2016 | CP–24–CR–0000388–2013<br>(Elk) |
| In the Interest of L.J.B.; Appeal of<br>H.A.B. | 364 WDA 2016<br>Affirmed | 09/07/2016 | No. 20029 of 2015 OC<br>(Lawrence) |
| In the Interest of T.L.B.; Appeal of<br>H.A.B. | 365 WDA 2016<br>Affirmed | 09/07/2016 | No. 20028 of 2015,<br>O.C.<br>(Lawrence) |
| Liberty Phila. REO v. EFL Partners, V | 3396 EDA 2015<br>Reversed and<br>Remanded | 09/08/2016 | 100100314<br>(Philadelphia) |
| Com. v. Reinoehl | 1525 MDA 2015<br>Remanded | 09/08/2016 | CP–01–CR–0000739–2014<br>(Adams) |
| Com. v. Johnson | 1546 MDA 2015<br>Affirmed | 09/08/2016 | CP–01–CR–0000178–2015<br>(Adams) |
| Com. v. Avant | 1630 MDA 2015<br>Quashed | 09/08/2016 | CP–35–CR–0000979–2013<br>(Lackawanna) |
| Com. v. Sosa–Reyes | 1746 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/08/2016 | CP–67–CR–0006652–2010<br>(York) |
| Com. v. Stoss | 1869 MDA 2015<br>Affirmed | 09/08/2016 | CP–40–CR–0001540–2011<br>(Luzerne) |
| In the Interest of: L.N. | 1872 MDA 2015<br>Affirmed | 09/08/2016 | CP–21–DP–0000105–2013<br>(Cumberland) |

5. Petition for reargument denied November 16, 2016.